| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO |
| | United States Attorney |
| 2 | 450 Golden Gate Ave (11th Floor) |
| | San Francisco, CA 94102 |
| 3 | Telephone: (415) 436-7200 |
| 4 | Attorneys for the United States |

**FILED**

JUL 28 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,  )   CRIMINAL NO. CR08-MJ-70480 PVT
    Plaintiff,  )
    v.  )   NOTICE OF PROCEEDINGS ON
Haejoong Lee  )   OUT-OF-DISTRICT CRIMINAL
    Defendant.  )   CHARGES PURSUANT TO RULES
      )   5(c)(2) AND (3) OF THE FEDERAL RULES
      )   OF CRIMINAL PROCEDURE

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on 7/28/08, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

☐ Indictment    ☐ Information    ☒ Criminal Complaint    ☐ Other _____

pending in the Central District of California, Case Number 08-658.

In that case, the defendant is charged with a violation(s) of Title(s) 18 United States Code, Section(s) 1028(a)(1) and 2(b)

Description of Charges: Identification Fraud

Respectfully Submitted,
JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

Date: 7/28/08

_____
Assistant U.S. Attorney

1

# United States District Court

__CENTRAL__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA
v.

HAEJOONG LEE,
Aka WEN DONG ("LEE")

WARRANT FOR ARREST
ON COMPLAINT

CASE NUMBER:

2:MJ-08-658

To: The United States Marshal or any
Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __HAEJOONG LEE, aka WEN DONG ("LEE")__ and
                                                    Name

bring him to the nearest Judge/Magistrate to answer a complaint charging him

with: Identification Fraud in violation of Title __18__ United States Code,

Sections 1028(a)(1) and 2(b).

with Bail/Detention ~~Fixed at Pretrial as Ordered~~ To Be Set by Duty Judge
REC: BY AUSA

Date: March 13, 2008

HONORABLE MARGARET A. NAGLE
Name of Judge/Magistrate Judge

MARGARET A. NAGLE
U.S. MAGISTRATE JUDGE

Signature of Judge/Magistrate Judge

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME & TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

Rev. 11/97

# CRIMINAL COMPLAINT

COPY

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>HAEJOONG LEE,<br>aka WEN DONG ("LEE") | DOCKET NO.<br>2:MJ-08-658<br><br>MAGISTRATE'S CASE NO.<br>08- |

CLERK, U.S. DISTRICT COURT FILED MAR 13 2008 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY

Complaint for violation of Title 18, United States Code, Section 1028(a)(1) and Section 2(b).

| NAME OF MAGISTRATE JUDGE<br>MARGARET A. NAGEL | UNITED STATES MAGISTRATE JUDGE | LOCATION<br>LOS ANGELES, CA |
|---|---|---|
| DATE OF OFFENSE<br>On or about July 10, 2007 | PLACE OF OFFENSE<br>LOS ANGELES COUNTY | ADDRESS OF ACCUSED (IF KNOWN) |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about July 10, 2007, in Los Angeles County, within the Central District of California, defendant: HAEJOONG LEE, aka WEN DONG ("LEE"), unlawfully caused a false identification document to be provided and mailed in violation of Title 18, United States Code, Section 1028(a)(1) and Section 2(b).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE:

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>/S/<br>EDDIS WATKINS |
|---|---|
| | OFFICIAL TITLE<br>SPECIAL AGENT - FEDERAL BUREAU OF INVESTIGATION |

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE (1)<br>MARGARET A. NAGLE<br>U.S. MAGISTRATE JUDGE | DATE<br>March 13, 2008 |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54.

JWS:cw       REC: Detention and Arrest Warrant

## AFFIDAVIT

### I.

### INTRODUCTION

I, E. Watkins, having been sworn do state:

1. I am a Special Agent of the Federal Bureau of Investigation ("FBI"). I have been employed there for approximately four years. I am currently assigned to the Bank Fraud squad of the Los Angeles Field Office of the FBI. As an FBI Special Agent, I have investigated various types of federal financial crimes, including identity fraud. I have received formal training and acquired experience in investigating financial crimes such as bank fraud, wire fraud, mail fraud, identity theft/identification fraud and money laundering. I have also consulted with other federal law enforcement on investigating the aforementioned crimes.

2. Before I joined the FBI, I obtained a Bachelor of Science degree in accounting. I am a licensed Certified Public Accountant. Before joining the FBI, I worked for approximately four and one-half years as a financial statement auditor and an internal auditor.

3. I make this affidavit in support of a criminal complaint and an arrest warrant for Mr. HAEJOONG LEE, (hereinafter interchangeably as "Lee" or "Mr. Lee"), for committing the following federal criminal offenses:

   a. Identification Fraud; in violation of Title 18, United States Code § 1028(a)(1) and 18 U.S.C. § 2(b), by knowingly and without lawful authority, causing the production and transfer of a false identification document.

4. In sum, as described within, Lee has used a false identity to secure a driver's license in someone else's name from the California Department of Motor Vehicles ("DMV"), which he

1

was sent by mail, and then used the false identification to perpetuate a "line of credit bust out scheme" in which Lee secured multiple lines of credit on real estate in amounts well over the value of the property. This affidavit summarizes some of the investigation of Lee's activities amounting to Identification Fraud/Identity Theft and causing the same, and is not meant to be a reiteration of all aspects of the investigation, only that which supports a finding of probable cause.

## II.

## PROBABLE CAUSE

A. MR. HAEJOONG LEE ("Lee")

5. I have obtained and reviewed a copy of the California Driver's License ("CDL") photograph and Driver's License information provided by the Department of Justice Cal-Photo database ("CA-DOJ database") for Mr. Haejoong Lee. The CA-DOJ database copy of Lee's driver's license information, CDL # D7894096, includes Lee's photo, a physical description, a fingerprint, a date of birth of May 12, 1968, a West Los Angeles address with a zip code of 90064, and Lee's signature. Lee is described as a five-foot six-inch male, weighing one hundred and twenty five pounds with black hair and brown eyes. In Lee's photograph, he is wearing a yellow, polo-style shirt with a gray inside collar.

6. On March 12, 2008, I interviewed Department of Motor Vehicles Investigator David Steele. During the interview, Steele told me that Lee applied for CDL# D7894096, using the name Haejoong Lee on August 3, 2005 in the Santa Monica office of the Department of Motor Vehicles ("DMV"). The photograph was also taken on August 3, 2005 at the Santa Monica DMV.

7. On March 13, 2008, I interviewed Officer Bindi of the San Jose Police Department who informed me that when Lee was arrested for crimes related to theft from a San Jose bank, Fremont Bank, which Officer Bindi said occurred on February 27, 2008. The Officer told me that when he arrested Lee, he did a search incident to arrest during which Lee identified himself as Mr. HAEJOONG LEE. Officer Bindi's police report, which I have reviewed, states that Lee was described as a five-foot six-inch male, weighing approximately one hundred and twenty five pounds with black hair and brown eyes, and that Lee lived at the West Los Angeles address as listed on Lee's CDL. Officer Bindi's report also lists Lee's date of birth as May 12, 1968. Also in Lee's possession, as confirmed by my FBI co-case agent Amy Oakes on March 13, 2008, who spoke to San Jose Police Detective Jeff Thornley, were his CDL in the name of Lee, a flight itinerary in the name of Lee, and five credit cards in the name of Lee. The flight itinerary had Mr. Lee returning to Los Angeles from San Jose at 5 p.m. of February 27, 2008.

8. On March 13, 2008, I received a Department of Homeland Security ("DHS") law enforcement database ("DHS print out") printout regarding Mr. HAEJOONG LEE. This database tracks alien and immigration status information and is used by law enforcement. I also spoke with DHS agent Mike Lopez on the same date and discussed Mr. Lee's immigration status. Agent Lopez told me that Lee has an R1 Visa, which means that he is in the United States "as an alien in a religious occupation." We also discussed the DHS print out which shows that Mr. HAEJOONG LEE, with a date of birth of May 12, 1969 (note: not 1968), is a Korean citizen with a Korean passport. Lee's most recent entry into the country was August 16, 2005 with his port of entry being Los Angeles. He is admitted into the United States until July 14, 2008.

3

B. LEE'S OTHER IDENTITY

9. On March 11, 2008, I obtained and reviewed a copy of the California Driver's License ("CDL") photograph and driver's license information provided by CA-DOJ database for a Mr. Wen Dong. The CA-DOJ database copy of Dong's driver's license information, CDL # E1678765 includes Dong's photograph, a physical description, a fingerprint, a date of birth of June 23, 1967, a mid-town Los Angeles address with a zip code of 90004, and Dong's signature. Dong is described as a five-foot eight-inch male, weighing one hundred and thirty pounds with black hair and brown eyes. In Dong's photograph, he is wearing a yellow, polo-style shirt with a gray inside collar.

10. In the March 12, 2008 interview of Department of Motor Vehicles Investigator David Steele he told me that an individual by the name of Mr. Wen Dong applied for California Driver's License E1678765, on June 25, 2007 in the Oceanside DMV office. He reported that the photograph was also taken on June 25, 2007 at the Oceanside office.

11. The CA-DOJ database copy of Dong's driver's license information, CDL # E1678765, includes Dong's photo, a physical description, a fingerprint, a date of birth of June 23, 1967, a Mid Los Angeles address with a zip code of 90004, and Dong's signature. Dong is described as a five-foot eight-inch male, weighing one hundred and thirty pounds with black hair and brown eyes. In Dong's photograph, he is wearing a yellow, polo-style shirt with a gray inside collar.

12. I have compared the California Driver's License photographs of both Lee and Dong and it appears that both individuals are the same person. In fact, it appears that Lee wore the same yellow shirt with the gray collar in both photographs.

4

13. On March 13, 2008, I interviewed Ms. Barbara LNU, a telephone dispatcher for the DMV's Information services and Government Law Enforcement Division. Ms. Barbara explained the practice of sending licenses to the driver's license applicants. She stated that California DMV uses the U.S. mail to send the official (laminated) driver's license to the address listed on the driver's license. The DMV keeps records of mailing for each license. Ms. Barbara told me that the license to Mr. Dong, CDL # E1678765, was mailed to him by U.S. mail on July 10, 2007 at the Mid Los Angeles address with a zip code of 90004.

C. LEE'S "LINE OF CREDIT BUST OUT" INVOLVEMENT

14. I have reviewed public database information, specifically the Chain of Title report from the Datatrace database used by title companies to determine ownership of a property, and liens recorded against the property. I saw in the records that someone by the name of Wen Dong on August 3, 2007, purchased a house at 4516 West 16th Place, Los Angeles, California 90019 for approximately $700,000. The records also show that between August 3, 2007 and October 12, 2007, Dong applied for one mortgage and then, in quick succession, five home equity lines of credit from different financial institutions on the property. The total amount of the encumbrances was approximately $1.3 million and exceeded the value of the property by over $600,000.

15. I also note that in reviewing Officer Bindi of San Jose Police Department's arrest report of Lee on February 27, 2008, it states that Lee had in his possession a line of credit check book from Fremont Bank, along with a list of local Fremont banks with accompanying Google maps. Given my training and experience, it appears that these items reflect Mr. Lee's continued participation in a "line of credit bust out scheme" in which Lee secured multiple lines of credit on real estate in amounts well over the value of the property.

16. I have also obtained and reviewed a copy of an Affidavit re Probable Cause and Bail Setting, Report number 344584 that was filed by Detective Thornley of the San Jose Police Department on February 27, 2008. In that affidavit, Detective Thornley stated, in sum, that he interviewed Lee and that Lee admitted to helping a female friend fraudulently present a worthless check to a bank in an attempt to get $147,000 to which he and his friend were not entitled. Lee also admitted paying for their airline tickets and taxi (to and from Los Angeles) to accomplish this end. Lee also is reported as stating that he had done the same thing three weeks previously with a different friend.

### D. IDENTIFICATION FRAUD ANALYSIS

17. On March 13, 2008, I spoke with DHS agent Mike Lopez about Mr. Lee's use of Mr. Dong's identity. Special Agent Lopez, in his training and experience at DHS, and his review of the photographs on Lee's CDL # D7894096, and Dong's CDL # E1678765, causes him to conclude that Lee is using Dong's identity.

18. Based on my review of the above referenced investigation, supporting documents, my own training and experience, and that of colleagues with whom I have consulted, Mr. HAEJOONG LEE knowingly and without lawful authority caused California DMV, the State of California, to produce a false driver's license in the name of Wen Dong, an "identification document," which was, on July 10, 2007, "transported in the mail in the course of the production (and) transfer" of the identification document. All of this is in violation of 18 U.S.C. § 1028(a)(1), which criminalizes the knowing and without lawful authority of the production of a false identification document which under 18 U.S.C. § 1028 (c) has been transported in the mail in the course of the identification document's production or transfer.

6

## III.

## CONCLUSION

19. There is probable cause to arrest HAEJOONG LEE, aka Wen Dong for Identification Fraud in violation of 18 U.S.C. § 1028(a)(1) and 18 U.S.C. § 2. I ask that an arrest warrant and criminal complaint be issued by this court.

DATED: March 13, 2008

/s/

E. WATKINS
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me

this 13 day of March, 2008.

MARGARET A. NAGLE
U.S. MAGISTRATE JUDGE

UNITED STATES MAGISTRATE JUDGE
Margaret A. Nagel

7