**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking<br>Clerk | General Court Number<br>408.535.5363 |

July 30, 2008

**Clerk of the Court**
**U.S. District Court of the Central California**
**G-8 United States Courthouse**
**312 North Spring Street,**
**Los Angeles, CA 90012**

| | |
|---|---|
| Case Name: | **USA-v-Haejoong Lee** |
| Case Number: | **5-08-70480-PVT  (Your Case#CR-2-MJ-08-658)** |
| Charges: | **18:1028(a)(1) Identification Fraud** |

Dear Clerk:

    The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Patricia V. Trumbull.  The following action has been taken:

    (X)    The U.S. Marshal has been ordered to remove this defendant
               to your district forthwith.
    ( )    The defendant has a court appearance in your court on:

Enclosed are the following documents:
    original Rule 5 affidavit
    original minute orders
    certified copy of *AO 94, Commitment to Another District*
    Certified docket sheets

    Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

    Sincerely yours,

    RICHARD WIEKING, Clerk

by: _Cita F. Escalano_
    Case Systems Administrator

Enclosures
cc: Financial Office

--------------------------------------------------------------------------------------------------------------------

**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____.

**Date:** _____    **CLERK, U.S. DISTRICT COURT**

    **By** _____
    **Deputy Clerk**