UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

**FILED**
2008 AUG 12 P 3:28
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
N.D. DIST. OF CA. S.J.

July 30, 2008

General Court Number
408.535.5363



RECEIVED
CLERK, U.S. DISTRICT COURT
AUG -7 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Clerk of the Court
U.S. District Court of the Central California
G-8 United States Courthouse
312 North Spring Street,
Los Angeles, CA 90012

Case Name:     USA-v-Haejoong Lee
Case Number:   5-08-70480-PVT  (Your Case#CR-2-MJ-08-658)
Charges:       18:1028(a)(1) Identification Fraud

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Patricia V. Trumbull. The following action has been taken:

(X)   The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

( )   The defendant has a court appearance in your court on:

Enclosed are the following documents:

      original Rule 5 affidavit
      original minute orders
      certified copy of *AO 94, Commitment to Another District*
      Certified docket sheets

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: _Cita F. Escalano_
Case Systems Administrator

Enclosures
cc: Financial Office

------------------------------------------------------------

Receipt of the above-described documents is acknowledged herewith and assigned case number:

_____.

Date: _____

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk